No. 86–6894.   PRUETT *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 86–6900.   TRIPP *v.* ILLINOIS.   App. Ct. Ill., 1st Dist. Certiorari denied.

No. 86–578.   PHILLIPS ET AL. *v.* MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., ET AL.   C. A. 8th Cir.   Certiorari denied.   JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 86–1636.   CADWALADER, WICKERSHAM & TAFT *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA (GOTTLIEB, REAL PARTY IN INTEREST).   C. A. 9th Cir. Certiorari denied.   JUSTICE WHITE would grant certiorari.

No. 86–6175.   WILSON *v.* DENTON ET AL.   C. A. 6th Cir. Certiorari denied.   JUSTICE WHITE and JUSTICE BLACKMUN would grant certiorari.

No. 86–6685.   GLENN *v.* OHIO.   Sup. Ct. Ohio;
No. 86–6727.   CORRELL *v.* VIRGINIA.   Sup. Ct. Va.;
No. 86–6732.   PRUETT *v.* VIRGINIA.   Sup. Ct. Va.;
No. 86–6768.   LUCAS *v.* AIKEN, WARDEN, ET AL.   Ct. Common Pleas of York County, S. C.;
No. 86–6827.   HICKS *v.* GEORGIA.   Sup. Ct. Ga.; and
No. 86–6903.   GRUBBS *v.* MISSOURI.   Sup. Ct. Mo.   Certiorari denied.   Reported below: No. 86–6685, 28 Ohio St. 3d 451, 504 N. E. 2d 701; No. 86–6727, 232 Va. 454, 352 S. E. 2d 352; No. 86–6732, 232 Va. 266, 351 S. E. 2d 1; No. 86–6827, 256 Ga. 715, 352 S. E. 2d 762; No. 86–6903, 724 S. W. 2d 494.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 86–6459.   BELK *v.* CHRANS, WARDEN, ET AL., 481 U. S. 1021; and
No. 86–6475.   LAVERGNE *v.* HOLY NAME HOSPITAL, 481 U. S. 1022.   Petitions for rehearing denied.